UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE RODUNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 - 10,<br><br>    Defendants. | NO:  2:21-CV-0007-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal With Prejudice as to Defendants Does 1 – 10.  ECF No. 9.  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 26, 2021.



THOMAS O. RICE
United States District Judge