AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JACQUELINE RODUNER, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    2:21-CV-0007-TOR |
| | ) |
| DOES 1 - 10, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .
_____

☑   other:    All claims and causes of action are DISMISSED with prejudice and without costs or attorney fees to any party.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge _____THOMAS O. RICE_____ on Plaintiff's Notice of Dismissal
     With Prejudice as to Defendants Does 1 – 10. ECF No. 9.

Date:   March 26 , 2021            *CLERK OF COURT*

                                       SEAN F. McAVOY

                                       s/ Linda L. Hansen
                                       *(By) Deputy Clerk*

                                       Linda L. Hansen